

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

## NO. 02-11-00158-CV

IN RE LUIS ANTONIO DIAZ                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

---

[1]See Tex. R. App. P. 47.4, 52.8(d).

[2]Jurisdiction to grant post-conviction habeas corpus relief from a final felony conviction rests exclusively with the court of criminal appeals. *See In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) ("Should an applicant find it necessary to complain about an action or inaction of the convicting court, the applicant may seek mandamus relief from the Court of Criminal Appeals."); *see also* Tex. Code Crim. Proc. Ann. art. 11.07, § 5 ("After conviction the procedure outlined in this Act shall be exclusive and any other proceeding shall be void and of no force and effect in discharging the prisoner.").

PANEL:  MCCOY, GARDNER, and GABRIEL, JJ.

DELIVERED:  May 12, 2011